.John J. Burke, v. H. A. Anderson et al.

John J. Burke et al., appellees, v. Louis Sussman, appellant.    Gen. No. 25,124.

Suit to establish and foreclose mechanics' liens.    Decree for complainants, and order confirming master's report of sale and distribution.    Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding.    Heard in the Branch Appellate Court at the March term, 1919.    Affirmed.    Opinion filed December 2, 1919.

Charles Leviton, for appellant.    H. J. Rosenberg, Edward Berkson and McCullough & McCullough, for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

G. A. Copp, Inc., appellee, v. Gideon A. Copp, appellant.    Gen. No. 25,330.

Suit to enjoin unfair competition in use of trade name.    Decree for complainant.    Interlocutory appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding.    Heard in the Branch Appellate Court.    Affirmed.    Opinion filed December 2, 1919.    Barnes, J., dissenting.

Thompson, Tyrrell & Chambers, for appellant.    McGilvray, Eames & Vaughan, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Patrick Guilfoyle, appellee, v. William F. Krueger, appellant. Gen. No. 24,781.

Action to recover damages for malicious prosecution.    Judgment for plaintiff.    Appeal from the Circuit Court of Cook county; the Hon. Samuel C. Stough, Judge, presiding.    Heard in the Branch Appellate Court at the October term, 1918.    Reversed with finding of facts.    Opinion filed December 2, 1919.

F. W. Proudfoot and O. J. C. Wray, for appellant.    George E. Gorman, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

J. Levison, appellee, v. The New Century Company, appellant. Gen. No. 24,800.

Action to recover damages for breach of contract to deliver goods. Judgment for defendant.    Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding.    Heard in the Branch Appellate Court at the October term. 1918.    Reversed with finding of fact.    Opinion filed December 2, 1919.

Bassler, Bippus & Rose, for appellant.    William T. McMillan, for appellee.

Mr. Justice Barnes delivered the opinion of the court.